**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____   Chapter  __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **EMPIRE EQ WGI LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-3688985 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3 Columbus Circle<br>15th Floor<br>New York, NY 10019<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **EMPIRE EQ WGI LLC**  
_____  Case number (*if known*) _____
Name

7. Describe debtor's business

   A. *Check one:*
   
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   
   ■ None of the above
   
   B. *Check all that apply*
   
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))
   
   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      
      _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   
   ☐ Chapter 7
   
   ☐ Chapter 9
   
   ■ Chapter 11. *Check all that apply*:
   
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
       ☐ A plan is being filed with this petition.
   
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
   
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   
   ■ No.
   
   ☐ Yes.
   
   If more than 2 cases, attach a separate list.
   
   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    
    ☐ No
    
    ■ Yes.
    
    List all cases. If more than 1, attach a separate list
    
    | | | | | |
    |---|---|---|---|---|
    | Debtor | **53 Stanhope LLC** | | Relationship | **Affiliate** |
    | District | **Southern District of New York** | When **5/20/19** | Case number, if known | **19-23013-RDD** |

| Debtor | **EMPIRE EQ WGI LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **EMPIRE EQ WGI LLC**                                          Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

X _____           **David Goldwasser**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X _____           Date _____
Signature of attorney for debtor                    MM / DD / YYYY

**FRED B. RINGEL**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 603-6300**       Email address _____

_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                                                          Chapter 11

**EMPIRE EQ WGI, LLC,**                                          Case No.:

Debtor.
------------------------------------------------------X

## CERTIFICATE OF RESOLUTION

I, the undersigned, **DAVID GOLDWASSER**, as the Authorized Signatory of GC REALTY ADVISORS, LLC, a member of EMPIRE EQ WGI LLC (the "Company"), and President of the Company does hereby certify that at a meeting of the Company duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> **RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> **RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser, as the Authorized Signatory of GC Realty Advisors, LLC, a member of the Company, is authorized as President of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further
>
> **RESOLVED,** that David Goldwasser, as the Authorized Signatory of GC Realty Advisors, LLC, a member of the Company, is authorized as President of the Company to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection,

{01012514.DOC;1 }

that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 17th day of June, 2019.

                                EMPIRE EQ WGI LLC

                                By:_____
                                    DAVID GOLDWASSER, President

{01012514.DOC;1 }

INDEPENDENT DIRECTOR CONSENT

TO CHAPTER 11 BANKRUPTCY FILING ON BEHALF OF

EMPIRE EQ WGI LLC

The undersigned, being the Independent Director of EMPIRE EQ WGI LLC (the "Company"), a Delaware limited liability company, hereby consents to the adoption of the following resolution with effect from the date set forth below.

**RESOLVED**, that Independent Director consents to the Company filing a voluntary bankruptcy petition.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent as of this 17th day of June, 2019.

COLONIAL CHARTER COMPANY

By: *Karen E. Elliott* (signature)

{01012459.DOCX;1 }

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | EMPIRE EQ WGI LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abes Corner LLC<br>3050 Biscayne Boulevard<br>Suite 403<br>Miami, FL 33137 | | | | | | $50,000.00 |
| Avi Leshes<br>329A Crown Street<br>Brooklyn, NY 11225 | | | | | | $150,000.00 |
| Celebration Landscape and Design<br>P.O. Box 120101<br>Clermont, FL 34712 | | | | | | $10,840.00 |
| Chein Insurance Agency, Inc.<br>1609 East 29th Street<br>Brooklyn, NY 11229 | | | | | | $1,229.38 |
| David Eyzenberg<br>1270 6th Ave<br>8th Floor<br>New York, NY 10020 | | | | | | $430,000.00 |
| Dentons US LLP<br>2398 East Camelback Road<br>Suite 850<br>Phoenix, AZ 85016 | | | | | | $9,122.00 |
| EDJF Holdings LTD<br>3050 Biscayne Boulevard<br>Suite 403<br>Miami, FL 33137 | | | | | | $250,000.00 |
| Empire Eq Hotel Owner LLC<br>3 Columbus Circle<br>15th Floor<br>New York, NY 10019 | | | | | | $100,000.00 |

Debtor    **EMPIRE EQ WGI LLC**                                                Case number *(if known)*
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eugene Zetapolsky<br>3050 Biscayne Boulevard<br>Suite 403<br>Miami, FL 33137 | | | | | | $300,000.00 |
| Harris Civil Engineers LLC<br>1200 East Hillcrest Street<br>Suite 200<br>Orlando, FL 32803 | | | | | | $13,152.10 |
| Joseph Harris<br>1200 East Hillcrest Street<br>Suite 200<br>Orlando, FL 32803 | | | | | | $60,000.00 |
| Meister Seelig & Fein LLP<br>125 Park Avenue<br>7th Floor<br>New York, NY 10017 | | | | | | $96,774.99 |
| Orlando Lender LLC<br>c/o Herrick Feinstein<br>Two Park Avenue<br>New York, NY 10016 | | 100% membership interest in Empire EQ Hotel LLC (subject to appraisal by a court of competent jurisdiction) | Disputed | $1,500,000.00 | Unknown | Unknown |
| Robert Roskind<br>711 Westchester Avenue<br>West Harrison, NY 10604 | | | | | | $330,000.00 |
| Singer Kitchen Equipment<br>180 Heller Pl<br>Bellmawr, NJ 08031 | | | | | | $37,500.00 |
| The Bernstein Law Firm<br>3050 Biscayne Boulevard<br>Suite 403<br>Miami, FL 33137 | | | | | | $38,520.00 |
| Westwood Owners Plaza Assoc.<br>P.O. Box 541557<br>Orlando, FL 32854 | | | | | | $6,910.22 |
| York Resources LLC<br>510 East 80th Street<br>New York, NY 10075 | | | | | | $430,000.00 |

Debtor **EMPIRE EQ WGI LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Zell & Ettinger CPA<br>3001 Avenue M<br>Brooklyn, NY 11210 | | | | | | $9,525.00 |

# United States Bankruptcy Court
## Southern District of New York

In re __EMPIRE EQ WGI LLC__
Debtor(s)

Case No. _____
Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____

_____
**David Goldwasser/President**
Signer/Title

ABES CORNER LLC
3050 BISCAYNE BOULEVARD
SUITE 403
MIAMI, FL 33137


AVI LESHES
329A CROWN STREET
BROOKLYN, NY 11225


CELEBRATION LANDSCAPE AND
DESIGN
P.O. BOX 120101
CLERMONT, FL 34712


CHEIN INSURANCE AGENCY, INC.
1609 EAST 29TH STREET
BROOKLYN, NY 11229


DAVID EYZENBERG
1270 6TH AVE
 8TH FLOOR
NEW YORK, NY 10020


DENTONS US LLP
2398 EAST CAMELBACK ROAD
SUITE 850
PHOENIX, AZ 85016


EDJF HOLDINGS LTD
3050 BISCAYNE BOULEVARD
SUITE 403
MIAMI, FL 33137


EMPIRE EQ HOTEL OWNER LLC
3 COLUMBUS CIRCLE
15TH FLOOR
NEW YORK, NY 10019


EUGENE ZETAPOLSKY
3050 BISCAYNE BOULEVARD
SUITE 403
MIAMI, FL 33137

HARRIS CIVIL ENGINEERS LLC
1200 EAST HILLCREST STREET
SUITE 200
ORLANDO, FL 32803


JOSEPH HARRIS
1200 EAST HILLCREST STREET
SUITE 200
ORLANDO, FL 32803


MEISTER SEELIG & FEIN LLP
125 PARK AVENUE
7TH FLOOR
NEW YORK, NY 10017


ORLANDO LENDER LLC
C/O HERRICK FEINSTEIN
TWO PARK AVENUE
NEW YORK, NY 10016


ROBERT ROSKIND
711 WESTCHESTER AVENUE
WEST HARRISON, NY 10604


SINGER KITCHEN EQUIPMENT
180 HELLER PL
BELLMAWR, NJ 08031


THE BERNSTEIN LAW FIRM
3050 BISCAYNE BOULEVARD
SUITE 403
MIAMI, FL 33137


WESTWOOD OWNERS PLAZA ASSOC.
P.O. BOX 541557
ORLANDO, FL 32854


YORK RESOURCES LLC
510 EAST 80TH STREET
NEW YORK, NY 10075


ZELL & ETTINGER CPA
3001 AVENUE M
BROOKLYN, NY 11210