**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                                                          Chapter 11

**EMPIRE EQ WGI LLC,**                              Case Nos.:        19-23188 (RDD)

                                            Debtor.
-----------------------------------------------------------X

## NOTICE OF ADJOURNED 341(a) MEETING

**PLEASE TAKE NOTICE**, that the 341(a) meeting of creditors scheduled for **July 17, 2019 at 2:00 p.m.** has been adjourned to **July 23, 2019 at 3:00 p.m.** and will take place at the U.S. Bankruptcy Court, One Bowling Green, Fifth Floor, Room 511, New York, New York, 10004.

**DATED:**   New York, New York
            July 10, 2019

                                       **ROBINSON BROG LEINWAND GREENE**
                                          **GENOVESE & GLUCK P.C.**
                                       **Proposed Attorneys for Debtor**
                                       875 Third Avenue, 9th Floor
                                       New York, New York 10022
                                       Tel. No.: 212-603-6300

                                       **By: /s/ Lori A. Schwartz**
                                            **Lori A. Schwartz**

{01015982.DOC;1 }