UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EMPIRE EQ WGI, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-23188(RDD) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** the hearing (the "Hearing") which was scheduled for Auguste 6, 2019 will now be held **August 27, 2019 at 10:00 a.m**. (prevailing Eastern Time) before the Honorable Judge Robert D. Drain, Bankruptcy Judge of the United States Bankruptcy Court of the Southern District of New York, at 300 Quarropas Street, White Plains, New York 10601 to consider the motion of Orlando Lender LLC, seeking entry of an order, pursuant to 11 U.S.C. § 1112(b), dismissing the above-captioned chapter 11 case (ECF No. 6).

Dated: August 9, 2019
      New York, New York

**HERRICK, FEINSTEIN LLP**

By: *s/ Stephen B. Selbst*
    Stephen B. Selbst

2 Park Avenue
New York, New York  10016
Tel:  (212) 592-1400
sselbst@herrick.com
*Attorneys for Orlando Lender LLC*